UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6098

REGINALD LEE ROGERS, SR.,

             Plaintiff - Appellant,

     v.

DONNIE ROWE, Sergeant of Detectives,

             Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  James A. Beaty, Jr., Chief
District Judge.  (1:07-cv-00821-JAB-RAE)

Submitted:  April 24, 2008          Decided:  April 29, 2008

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Reginald Lee Rogers, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Lee Rogers, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Rogers' motions for appointment of counsel, and affirm for the reasons stated by the district court. <u>Rogers v. Rowe</u>, No. 1:07-cv-00821-JAB-RAE (M.D.N.C. Dec. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>